IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLISON KOWALSKI, Individually and as Administrator of the ESTATE OF MARK KOWALSKI, Deseased | : : : : : | CIVIL ACTION NO. 4:12-cv-1158 |
| Plaintiff | : : | (Chief Judge Kane) (Magistrate Judge Blewitt) |
| v. | : : | |
| PBM LOGISTICS, LLC, PATRICK L. WEBB, PATTI PYATT, XTRA LEASE, REPUBLIC NATIONAL INDUSTRIES OF TEXAS, LP, AND TENCO TRANSPORTATION, LLC. | : : : : : : | |
| Defendants | : | |

## O R D E R

Before the Court in the above-captioned action is an August 6, 2012 report of the

Magistrate Judge.   No timely objections have been filed.

**AND NOW**, upon review of the record and the applicable law,  **IT IS HEREBY**

**ORDERED THAT:**

1)  The Court adopts the Report and Recommendation of Magistrate Judge

Blewitt.

2) The Plaintiff's Motion to Remand (Doc. No. 2), is **GRANTED**.  The case is

**REMANDED** to the Court of Common Pleas of Lackawanna County, Pennsylvania.

Defendants are barred from removing the case pursuant to the one-year exception of

§1446(b).

*S/ Yvette Kane*
YVETTE KANE, Chief Judge
Middle District of Pennsylvania

Dated: September 7, 2012